IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:10-cv-20361-UU

ALAIN LOPEZ, MIGUEL LOZANO,
JOEL FERNANDEZ, JESUS FERNANDEZ,
and other similarly situated individuals,

        Plaintiffs,

v.

MASTEC, INC.,

        Defendant.

### JOINT MOTION TO APPROVE SETTLEMENT AGREEMENTS AND JOINT STIPULATION TO DISMISS CLAIMS WITH PREJUDICE

Plaintiffs ALAIN LOPEZ, MIGUEL LOZANO, and JESUS FERNANDEZ ("Plaintiffs"), and Defendant MasTec, Inc. ("Defendant" or "MasTec"), by and through their respective undersigned counsel, hereby file this Joint Motion to Approve Settlement Agreements and Joint Stipulation to Dismiss Claims With Prejudice. The parties state the following in support:

**I.    STATEMENT OF FACTS**

1.    On or about February 4, 2010, Plaintiffs filed a Complaint against Defendants alleging violations of the Fair Labor Standards Act, which was styled as a statutory collective action pursuant to 29 U.S.C. § 216(b). See Docket No. 1.

2.    Defendants filed an Answer on April 30, 2010. See Docket No. 18.

3. After the Complaint was filed, Luis Martinez joined the action as an opt-in Plaintiff. See Docket No. 11.

4. On June 4, 2010, the Court entered an Order of Referral to Mediation. See Docket No. 25.

5. On October 4, 2010, the Court granted Defendant's Motion to Compel Arbitration as to Plaintiffs Miguel Lozano, Joel Fernandez, Jesus Fernandez and opt-in Plaintiff Luis Martinez who voluntarily agreed to arbitrate their claims. See Docket No. 34. Those Plaintiffs subject to arbitration have not yet commenced arbitration of their claims.

6. On November 23, 2010, the parties, including Plaintiffs Alain Lopez, Miguel Lozano, Jesus Fernandez, and opt-in Plaintiff Luis Martinez,[1] whether subject to arbitration or not, reached an agreement to settle the Plaintiffs' claims in their entirety.

7. The parties prepared individual written Settlement Agreements and Releases that memorialize the terms of each settlement.

8. In accordance with the applicable requirements for settling an FLSA claim, the parties hereby seek the Court's approval of each settlement reached in this matter, and the parties stipulate to the dismissal of their claims with prejudice. A proposed order is attached as Exhibit 1.

---

[1] Plaintiffs' counsel informed Defendant that he is no longer representing former Plaintiff Joel Fernandez in this, or any other case, against Defendant and that he will file a notice withdrawing from representation of Plaintiff Joel Fernandez. Plaintiffs Lozano, Martinez, Jesus Fernandez and Joel Fernandez were dismissed from this Action on October 4, 2010. See Docket No. 34.

**II.      ARGUMENT**

Pursuant to the Fair Labor Standards Act ("FLSA"), claims for back wages and other damages arising under the FLSA may be settled or compromised with the approval of the district court or the Secretary of Labor. See Brooklyn Savings Bank v. O'Neil, 324 U.S. 697 (1945); D.A. Schulte, Inc. v. Gangi, 328 U.S. 108 (1946); see also Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982) (claims for back wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor). To approve the settlement, the Court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. Id.

As discussed above, the parties have agreed to settle all claims in this dispute through the execution of settlement agreements and releases. All parties agree that the settlement terms they have reached in this action represent a fair and equitable resolution of their claims. The terms of the settlement agreements are contingent upon approval by the Court. Thus, the parties respectfully request that the Court approve their settlement and issue an Order dismissing their claims with prejudice, but retaining jurisdiction, as necessary, to enforce the settlement agreements entered into by the parties.

The parties have agreed to keep the specific terms and conditions of the settlement agreements and releases confidential. To that end, the parties respectfully request Court approval to present each settlement agreement and release to the Court, in their written form for an *in camera* review should the Court so direct, and without waiving the confidential nature of the agreements. The parties would also agree to

present the agreements for Court review and discussion at a hearing as well. If the Court does not wish to grant approval in this manner, the parties will file each settlement agreement and release for Court review immediately upon such instruction from the Court.

WHEREFORE, the parties stipulate to the dismissal of their claims, and respectfully request that the Court enter an Order approving the terms of the settlement of the their claims, and dismissing their claims with prejudice, but retaining jurisdiction, as necessary, to enforce the settlement agreements and releases entered into by the parties.

Respectfully submitted this 1st day of December, 2010.

| | |
|---|---|
| s/ Jason S. Remer | s/ Lori A. Brown |
| Jason S. Remer | Lori A. Brown |
| Florida Bar No. 0165580 | Florida Bar No. 0846767 |
| | |
| REMER & GEORGES-PIERRE, PLLC | LITTLER MENDELSON, P.C. |
| 11900 Biscayne Boulevard | One Biscayne Tower |
| Suite 288 | 2 South Biscayne Boulevard |
| Miami, FL 33181 | Suite 1500 |
| Email: jremer@rgpattorneys.com | Miami, FL 33131-1804 |
| Tel.: 305.416.5000 | Tel.: 305.400.7500 |
| Fax: 305.416.5005 | Fax: 305.603.2552 |
| | |
| Attorneys for Plaintiffs | John T. Stembridge |
| | (Admitted *Pro Hac Vice*) |
| | LITTLER MENDELSON, P.C. |
| | 3344 Peachtree Road, Suite 1500 |
| | Atlanta, GA 30326 |
| | Email: jstembridge@littler.com |
| | Tel.: 404.233.0330 |
| | Fax: 404.233.2361 |
| | |
| | Attorneys for Defendant |

## SERVICE LIST

### CASE NO. 0:10-cv-60494-JIC

**COUNSEL FOR PLAINTIFFS**:

REMER & GEORGES-PIERRE, PLLC
Jason S. Remer
E-mail: *jremer@rgpattorneys.com*
11900 Biscayne Boulevard
Suite 288
Miami, FL 33181
Tel.: 305.416.5000
Fax: 305.416.5005
*[Via Electronic Notification]*

**COUNSEL FOR DEFENDANT:**

LITTLER MENDELSON, P.C.

Lori A. Brown, Esq.
E-mail: *labrown@littler.com*
One Biscayne Tower, Suite 1500
Two South Biscayne Blvd.
Miami, Florida  33131
Tel.: 305.400.7500
Fax: 305.603.2552

John T. Stembridge
Email: *jstembridge@littler.com*
3344 Peachtree Road
Suite 1500
Atlanta, GA 30326
Tel.: 404.233.0330
Fax: 404.233.2361

Firmwide:98822523.1 046446.1112

5