IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:10-cv-20361-UU

ALAIN LOPEZ, MIGUEL LOZANO,
JOEL FERNANDEZ, JESUS FERNANDEZ,
and other similarly situated individuals,

        Plaintiffs,

v.

MASTEC, INC.,

        Defendant.

**ORDER APPROVING SETTLEMENT
AND ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came before the Court on the Parties' Joint Motion to Approve Settlement Agreements and Joint Stipulation to Dismiss with Prejudice, and the Court, having reviewed the Motion and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is GRANTED and the Settlement Agreements are hereby APPROVED.  The claims of Plaintiffs Alain Lopez, Miguel Lozano and Jesus Fernandez, and opt-in Plaintiff Luis Martinez are hereby DISMISSED with prejudice.

It is so ORDERED in Chambers at Miami, Florida, this _____ day of December, 2010.

                                                          _____
                                                          URSULA UNGARO
                                                          UNITED STATES DISTRICT JUDGE

Copies:  All counsel of Record
Firmwide:98872753.1 046446.1112